Andrew SHANNON, Plaintiff—Appellant,

v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF JUVENILE JUSTICE, Defendant—Appellee.

No. 07–1414.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

Curtis McKinley Hairston, Jr., The Gee Law Firm, P.C., Richmond, Virginia, for Appellant. Robert F. McDonnell, Attorney General of Virginia, Maureen Riley Matsen, Deputy Attorney General, Peter R. Messitt, Senior Assistant Attorney General/Chief, Gregory C. Fleming, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Shannon appeals the district court's order granting Defendant's summary judgment motion on his retaliation claim brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42

**584**

U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Shannon v. Virginia Dep't of Juvenile Justice,* No. 3:06–cv–00413–JRS, 2007 WL 1071973 (E.D.Va. Apr. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*